IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAVIDATH LAWRENCE RAGBIR; <br><br> NEW SANCTUARY COALITION OF NEW YORK CITY; <br><br> CASA DE MARYLAND, INC.; <br><br> DETENTION WATCH NETWORK; <br><br> NATIONAL IMMIGRATION PROJECT OF THE NATIONAL LAWYERS GUILD; <br><br> and <br><br> NEW YORK IMMIGRATION COALITION, <br><br> Plaintiffs, <br><br> v. <br><br> THOMAS D. HOMAN, in his official capacity as Deputy Director and Senior Official Performing the Duties of the Director of U.S. Immigration and Customs Enforcement; <br><br> THOMAS R. DECKER, in his official capacity as New York Field Office Director for U.S. Immigration and Customs Enforcement; <br><br> SCOTT MECHKOWSKI, in his official capacity as Assistant New York Field Office Director for U.S. Immigration and Customs Enforcement; <br><br> U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; | **18 CV 01159** <br><br> Civil Action No. _____ |

1

| | |
|---|---|
| KIRSTJEN M. NIELSEN, in her official capacity as Secretary of Homeland Security; | ) ) ) |
| U.S. DEPARTMENT OF HOMELAND SECURITY; | ) ) ) ) |
| JEFFERSON B. SESSIONS III, in his official capacity as Attorney General of the United States; | ) ) ) ) ) |
| and | ) ) |
| U.S. DEPARTMENT OF JUSTICE, | ) ) |
| Defendants. | ) ) |

## STIPULATED ORDER

WHEREAS, Plaintiff Ravidath Ragbir, pursuant to the Continuation Page for his Form I-220B Order of Supervision dated January 29, 2018 (the "I-220B Continuation Page"), has been ordered to report to 26 Federal Plaza, New York, New York, on Saturday, February 10, 2018 at 10:00 a.m., for removal from the United States; and

WHEREAS, Plaintiffs, including Ravidath Ragbir, have filed a Verified Complaint in the above-captioned matter alleging retaliation in violation of the First Amendment and content, viewpoint, and speaker discrimination in violation of the First Amendment; and

WHEREAS, in lieu of Plaintiffs today filing an Order to Show Cause and seeking a Temporary Restraining Order, all parties instead have agreed to a stay of Plaintiff Ravidath Ragbir's removal pending resolution of a motion for a preliminary injunction, as set forth below.

It is hereby STIPULATED, AGREED, and ORDERED that:

1. Pending resolution by this Court of Plaintiffs' Motion for a Preliminary Injunction, Plaintiff Ravidath Ragbir's removal from the United States is STAYED;

2

2. The stay described in the preceding paragraph remains in effect notwithstanding the I-220B Continuation Page, ordering Plaintiff Ravidath Ragbir to report to 26 Federal Plaza, New York, New York, on Saturday, February 10, 2018, at 10:00 a.m. for removal;

3. Plaintiff Ravidath Ragbir will report to 26 Federal Plaza, New York, New York, on Saturday, February 10, 2018, at 10:00 a.m. in accordance with the I-220B Continuation Page, at which time Mr. Ragbir will not be removed from the United States, detained, or subjected to any additional conditions of supervision;

4. Plaintiffs shall file their Motion for a Preliminary Injunction on or before Monday, February 12, 2018; Defendants shall file a response on or before Thursday, March 1, 2018; and Plaintiffs shall file a reply brief on or before Wednesday, March 14, 2018;

*[The rest of this page is intentionally left blank]*

5. The parties have entered into this Stipulation in order to resolve Plaintiffs' proposed Order to Show Cause seeking a Temporary Restraining Order. Nothing in this Stipulation shall be construed as an admission by the parties of wrongdoing, a concession of any rights by the parties, or a concession of any factual or legal arguments by the parties;

New York, New York
Dated: February 8, 2018

SO STIPULATED AND AGREED:

_____
R. Stanton Jones
ARNOLD & PORTER
  KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, DC 20001
(202) 942-5000
(202) 942-5999 (fax)
stanton.jones@arnoldporter.com
*Counsel for Plaintiffs*

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York

By: _____
JOSEPH N. CORDARO
BRANDON M. WATERMAN
Assistant United States Attorneys
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (212) 637-2745, 2741
Facsimile:  (212) 637-2786
Email: joseph.cordaro@usdoj.gov
            brandon.waterman@usdoj.gov

_____
Alina Das, Esq. (AD8805)
WASHINGTON SQUARE
  LEGAL SERVICES, INC.
Immigrant Rights Clinic
New York University School of Law
245 Sullivan Street, 5th floor
New York, New York 10012
Tel: (212) 998-6430
alina.das@nyu.edu
*Counsel for Plaintiff*

SO ORDERED:

_____  2/8/18
United States District Judge

Part I

4