UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
RAVIDATH LAWRENCE RAGBIR, et al.,

                Plaintiffs,              18-cv-1159 (PKC)

    -against-                        ORDER

THOMAS D. HOMAN, et al.,

                Defendants.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

       Taking account of the briefing schedule in this action, (Dkt. 4), the Court will hold a hearing on plaintiffs' motion for a preliminary injunction, (Dkt. 11), on March 15, 2018 at 10:30am in Courtroom 11D of the U.S. Courthouse, 500 Pearl Street, New York, NY 10007.

       SO ORDERED.

                                                     P. Kevin Castel
                                         United States District Judge

Dated: New York, New York
        February 15, 2018