UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Ravidath Lawrence Ragbir, et al., | ECF |
| Plaintiffs, | CASE NO. 18 Civ. 1159 (PKC) |
| v. | NOTICE OF APPEARANCE |
| Thomas D. Homan, et al., | |
| Defendants. | |

TO: Clerk of Court
United States District Court
Southern District of New York

The undersigned attorney respectfully requests the Clerk to note my appearance in this case as counsel for Adelante Alabama Worker Center, Center for Community Change (CCC), Coalition for Humane Immigrant Rights (CHIRLA), Colorado Immigrant Rights Coalition (CIRC), Illinois Coalition for Immigrant and Refugee Rights (ICIRR), Make the Road CT (MRCT), Make the Road NJ (MRNJ), Make the Road NV (MRNV), Make the Road NY (MRNY), Make the Road PA (MRPA), Migrant Justice, Mujeres Latinas en Accion, National Immigration Law Center, New Mexico Faith Coaliton for Immigrant Justice, OneAmerica, Pennsylvania Immigration and Citizenship Coalition (PICC), Pineros y Campesinos Unidos del Noroeste (PCUN), Progressive Leadership Alliance of Nevada (PLAN), Services Immigrant Rights & Education Network (SIREN), Tennessee Immigrant and Refugee Rights Coalition (TIRRC), Workers Defense Project and to add me as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Date:  New York, New York
       March 6, 2018

Respectfully submitted,

*/s/ Yosef J. Riemer*

Yosef J. Riemer, P.C.
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email: yriemer@kirkland.com