GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York
By: STEVEN J. KOCHEVAR
 BRANDON M. WATERMAN
Assistant United States Attorneys
86 Chambers Street, Third Floor
New York, New York 10007
Tel.: (212) 637-2715
Fax: (212) 637-2717

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAVIDATH LAWRENCE RAGBIR, *et al.*,<br><br>                            Plaintiffs,<br><br>          - against -<br><br>RONALD D. VITIELLO, in his official capacity as Deputy Director and Senior Official Performing the Duties of the Director of U.S. Immigration and Customs Enforcement, *et al.*,<br><br>                            Defendants. | No. 18 Civ. 1159 (PKC)<br><br><br>**NOTICE OF MOTION** |

PLEASE TAKE NOTICE that, upon the accompanying Defendants' Memorandum of Law in Support of Their Motion to Dismiss Plaintiffs' Amended Complaint, Defendants Director Ronald D. Vitiello, Field Office Director Thomas R. Decker, Deputy Field Office Director Scott Mechkowski, United States Immigration and Customs Enforcement, Secretary Kirstjen M. Nielsen, the United States Department of Homeland Security, Attorney General Jefferson B. Sessions, III, and the United States Department of Justice, by their attorney, Geoffrey S. Berman, United States Attorney for the Southern District of New York, hereby move this Court for an order dismissing all claims against them under Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure.

Dated: September 14, 2018
New York, New York

        Respectfully submitted,

        GEOFFREY S. BERMAN
        United States Attorney for the
        Southern District of New York
        *Attorney for the Defendants*

By:    /s/
        Steven J. Kochevar
        Brandon M. Waterman
        Assistant United States Attorneys
        86 Chambers Street, Third Floor
        New York, New York 10007
        Tel.  (212) 637-2715
        Fax  (212) 637-2717