N.Y.S.D. Case # 18-cv-1159(PKC)

18-1597-cv
Ragbir, et al. v. Homan, et al.

# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

  At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 1st day of November, two thousand eighteen.

PRESENT:  JOHN M. WALKER, JR.,
      PIERRE N. LEVAL,
      CHRISTOPHER F. DRONEY,
        *Circuit Judges*.

_____

RAVIDATH LAWRENCE RAGBIR, *et al.*,
    *Plaintiffs-Appellants*,

    v.           No. 18-1597-cv

THOMAS D. HOMAN, in his official capacity as Deputy Director and Senior Official Performing the Duties of the Director of U.S. Immigration and Customs Enforcement, *et al.*,
    *Defendants-Appellees*.

_____

  Plaintiffs-Appellants appeal from the district court's denial of a preliminary injunction to stay the removal of Appellant Ravidath Lawrence Ragbir. Ragbir's removal is currently subject to a stay entered by the District Court for the District of New Jersey in *Ragbir v. United States*, No. 2:17-cv-1256, 2018 WL 1446407 (D.N.J. Mar. 23, 2018). Appellants moved in this Court for a stay of removal pending the outcome of this appeal. Dkt. # 44. On August 15, 2018, the Court expedited the appeal and ordered the parties to promptly notify the Clerk of this Court if the stay issued by the District Court for the District of New Jersey were withdrawn or vacated before the Court could hear the appeal. Dkt. # 77. The Court heard the appeal on October 29, 2018. Dkt. # 167.

  Upon due consideration, it is hereby ORDERED that a stay of Ragbir's removal is GRANTED. This stay is entered without prejudice to Defendants-Appellees moving to terminate this stay.

             FOR THE COURT:
             Catherine O'Hagan Wolfe, Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 11/01/2018

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Nov 01 2018