UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
RAVIDATH LAWRENCE RAGBIR, et al.,

                Plaintiffs,                18-cv-1159 (PKC)

    -against-

                                              ORDER

TAE D. JOHNSON, et al.,

                Defendants.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

       Pursuant to the mandate of the United States Court of Appeals, the motions to dismiss (Docs 97 and 106) are deemed withdrawn subject to the government's right to file a motion to dismiss on mootness grounds.  The government shall file its motion within thirty days.

       SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
       August 24, 2021